IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CARL BOYD                                                                                          PLAINTIFF

V.                                      NO. 3:04CV00315 JTR

JO ANNE B. BARNHART,                                                              DEFENDANT
Commissioner, Social
Security Administration

## JUDGMENT

Consistent with the Memorandum and Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 19th day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE